NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1028, -1062

THE LARYNGEAL MASK COMPANY LTD. and
LMA NORTH AMERICA, INC.,

Plaintiffs-Appellants,

v.

AMBU A/S, AMBU INC., and AMBU LTD.,

Defendants-Cross Appellants.

Appeals from the United States District Court for the Southern District of California in case no. 07-CV-1988, Judge Dana M. Sabraw.

ON MOTION

ORDER

Upon consideration of Ambu A/S, et al.'s and The Laryngeal Mask Company, et al.'s joint motion for a 24-day extension of time, until February 25, 2010, to file Ambu's initial brief, and until May 3, 2010, to file Laryngeal's reply brief.

IT IS ORDERED THAT:

The motion for an extension of time is granted.

FOR THE COURT

FEB 0 2 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: John B. Sganga, Jr., Esq.
Charlene M. Morrow, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 2 2010

JAN HORBALY
CLERK